In the Matter of the TOWN OF ISLIP, Respondent, v. CARL B. STOYE, Appellant.—

Christ,
P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.